728 A.2d 1288

IN THE MATTER OF RICHARD J. ZEITLER,
AN ATTORNEY AT LAW.

May 3, 1999.

**ORDER**

The Disciplinary Review Board on December 22, 1998, having filed with the Court its decision concluding that **RICHARD J. ZEITLER** of **COLONIA,** who was admitted to the bar of this State in 1966, should be reprimanded for violating *RPC* 1.15(b) (improper release of escrow funds), and good cause appearing;

It is ORDERED that **RICHARD J. ZEITLER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.